JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDDIE BRIM, | ) | No. CV 11-7659 JFW (FFM) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DOMINGO URIBE, JR, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 27, 2012

JOHN F. WALTER
United States District Judge